```
HARRY YEE   3790
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-3752
Email:      Harry.Yee@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CHRISTINA METTIAS,<br><br>            Plaintiff,<br><br>      vs.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | CIVIL NO. 12-00527 ACK KSC<br><br>DEFENDANT UNITED STATES' SUBMISSION OF DEPOSITION EXCERPTS OF ROBERT LIM M.D., JOHN PAYNE M.D., AND MARK SCOTT VERSCHELL PHD., IN RESPONSE TO PLAINTIFF'S MOTION IN LIMINE No. 1 TO PRECLUDE DEFENSE WITNESSES OTHER THAN DR. JONES FROM OFFERING OPINIONS REGARDING THE APPLICABLE STANDARD OF CARE; EXHIBITS "1" – "3"; CERTIFICATE OF SERVICE<br><br>TRIAL DATE: February 24, 2015<br>TIME:  9:00 AM<br>JUDGE: Hon. Alan C. Kay |

**DEFENDANT UNITED STATES' SUBMISSION OF DEPOSITION EXCERPTS OF ROBERT LIM M.D., JOHN PAYNE M.D., AND MARK SCOTT VERSCHELL PHD., IN RESPONSE TO PLAINTIFF'S MOTION IN LIMINE No. 1 TO PRECLUDE DEFENSE WITNESSES OTHER THAN DR. JONES FROM OFFERING OPINIONS <u>REGARDING THE APPLICABLE STANDARD OF CARE</u>**

Defendant United States, by and through its undersigned counsel, hereby submits to the court the deposition excerpts of ROBERT LIM M.D., JOHN PAYNE M.D., and MARK SCOTT VERSCHELL PHD.,

in pursuant to the court's instruction in court on February 19, 2015 and in response to Plaintiffs' motion in limine No. 1 to preclude defense witnesses other than Dr. Jones from offering opinions regarding the standard of care.

The United States respectfully requests that the Court DENY Plaintiffs' motion.

DATED:    February 23, 2015 at Honolulu, Hawaii.

                                      FLORENCE T. NAKAKUNI
                                      United States Attorney
                                      District of Hawaii

                                      /s/ Harry Yee
                                  By _____
                                      HARRY YEE
                                      Assistant U.S. Attorney

                                    Attorneys for Defendant
                                    UNITED STATES OF AMERICA

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date, and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served Electronically through CM/ECF:

 MARK S. DAVIS, ESQ.    mdavis@davislevin.com
 MICHAEL K. LIVINGSTON, ESQ. mlivingston@davislevin.com
 CLARE E. CONNORS, ESQ.  Cconnors@davislevin.com
 Davis Levin Livingston
 851 Fort Street, Suite 400
 Honolulu, Hawaii  96813

  Attorneys for Plaintiffs

DATED:  February 23, 2015, at Honolulu, Hawaii.


           FLORENCE T. NAKAKUNI
           United States Attorney
           District of Hawaii

           /s/ Harry Yee

           By_____
            HARRY YEE
            Assistant U.S. Attorney

           Attorneys for Defendant
           UNITED STATES OF AMERICA