EXHIBIT "1"

1

08:44     1                IN THE UNITED STATES DISTRICT COURT

          2                   FOR THE DISTRICT OF HAWAII

          3    CHRISTINA METTIAS,              ) CIVIL
               Individually and as Next       ) NO. 12-00527 ACK-KSC
          4    Friend of Her Minor Son,       ) [Federal Tort Claims Act]
               N.M.,                           )
          5                                     )
                          Plaintiffs,           )
          6                                     )
                  vs.                           )
          7                                     )
               UNITED STATES OF AMERICA,        )
          8                                     )
                          Defendant.            )
          9    _____ )

         10

         11

         12                VIDEOTAPED 30(b)(6) DEPOSITION OF

         13                     ROBERT B. LIM, M.D.

         14

         15    Taken on behalf of the Plaintiffs, Christina Mettias,

         16    Individually and as Next Friend of Her Minor Son, N.M.,

         17    at Tripler Army Medical Center, 1 Jarrett White Road,

         18    Honolulu, Hawaii, commencing at 9:04 a.m. on Wednesday,

         19    September 4, 2013, pursuant to Notice.

         20

         21    BEFORE:     SHARON L. ROSS, RPR, CRR, RMR, CSR No. 432

         22

         23

         24

08:44    25

29

5   Q.  Okay.  And the standards -- the guidelines that

6   you're referring to --

7    A.  Uh-huh.

8    Q.  -- are those drawn from NIH?

9    A.  Right, so that we still follow the 1991

10  guidelines from NIH.  That hasn't changed.  A lot of the

11  societies that are more specific to treatment of obesity

12  sort of challenge that and there have been some changes

13  in there but the same guidelines are pretty much the

14  same that -- that gets one to be considered for weight

15  loss surgery.

16   . Q.  For the surgery itself?

17   A.  Uh-huh, right.

18   Q.  Any surgery.  Okay.

19   A.  Right.

20   Q.  Also, the American Society of Metabolic --

21   A.  Uh-huh, ASMBS.

22   Q.  AS --

23   A.  Uh-huh.

24   Q.  It changed its name at some --

25   A.  Yes, it did.

30

1   Q.  -- point, right?

2    A. Yes.

3    Q. Metabolic And Bariatric Surgery or something?

4  And then SAGES which, I think, is --

5    A. Uh-huh.

6    Q. -- the Society of American Gastrointestinal and

7  Endoscopic Surgeons?

8    A. Yeah.

9    Q. Those are the standards that you were

10  incorporating in 2009?

11    A. That's correct.

12    Q. And the standards that still apply today?

13    A. Yes.

14    Q. And applied in March of 2010?

15    A. Yes.

16    Q. Okay. So, let me just walk through those then so

17  that we're clear on what those are. Is it the case that

18  a requirement to be considered a candidate for surgery

19  in the bariatric program would be some failed attempt at

20  non-surgical weight loss?

21    A. So, I guess as a point of contention; but, yeah,

22  I mean, they had to have some effort at long -- at

23  weight loss.

24      Like I said, about 50 percent of the people that

25  we see at the info session get through the evaluation

31

1  because some people say, you know, "I'm doing well with

2  lifestyle change; I don't need to do this any -- I

3  don't know if I should be a candidate; I want to try

4  this on my own" or they're just not understanding or not

5  getting -- or they're not in a time of their life where

6  they can make those changes.

7      I get patients every week who say, "Well, I was

8  doing pretty well.  And then my daughter graduated from

9  high school, was off to college; and I really couldn't

10  handle that.  And so I started -- was sort of

11  self-destructive and what not."

12      And that patient should probably not get surgery

13  until those types of emotions are at least better

14  controlled because it's likely to happen again; and we

15  don't want the surgery to be sort of undone, you know,

16  by that.

17      So, I guess I'm going off on a little bit of a

18  tangent but --

19   Q.  Well, just to -- yeah, no, that makes sense then.

20  So, to bring it back to the -- the weight loss issue,

21  then you --

22   A.  Uh-huh.

23   Q.  -- as a prerequisite for the program before you

24  could be considered for surgery, would want to see that

25  an individual has attempted some weight loss program,

32

1  non-surgical program?

2    A. Yes, yes.  That's about right.

3    Q. And is it also accurate to say that they would

4  not be someone who would come and never have tried to

5  lose weight before?

6    A. Correct.  And that would be found out in the

7  pre-evaluation process.  Not everybody whose BMI is over

8  40 should have weight loss surgery.  There's just too

9  many other factors that have to be evaluated so....

10    Q. Including what?

11    A. So, for instance, if someone is clinically

12  depressed and -- and they don't react well when their

13  depression sets in, for whatever reason, that should be

14  controlled before they have surgery.

15      If someone lives in the household where, you

16  know, they don't buy their own food; they eat out every

17  time; their spouse does all the cooking and they -- and

18  they're as skinny as a rail and they -- again, that's

19  probably not a good time to have the surgery.

41

6   Q.  Right.  But just so I -- just so I'm clear,

7   there's nothing in the NIH standards or the ASB --

8    A.  Uh-huh.

9    Q.  -- AM --

10    A.  A -- yeah.

11    Q.  -- ASMBS guidelines or the SAGES guidelines that

12   distinguish between the time of enrollment in a

13   bariatric program and the surgery itself, though?

14    A.  That's correct.

15    Q.  So, they're talking about the surgery itself,

16   that these would be appropriate standards or guidelines?

17    A.  No.  I mean, I've talked to -- I've talked to --

18   the president -- the past president of ASMBS is a former

19   military physician.  So, I was talking to her about this

20   topic specifically.

21        And she says, "No, I mean, it's still the -- the

22   starting weight we have them come in at.  We start

23   there.  And then we ask them, you know, to do the

24   evaluation and all that same stuff, to lose weight; and

25   we still offer them the surgery if their BMI falls below

42

1   the level that -- that would normally qualify them for

2   surgery when they first came in."

3    Q.  And why --

4     A.  So, if their BMI was 42, they lost a bunch of

5     weight and 38 with no comorbidities, they would still

6     offer them the surgery.

7     Q.  And why is that?

8          MR. YEE:  Objection, asked and answered.

9     Q.  (BY MS. CONNORS)  You can answer it.

10    A.  Okay.  The -- so, for the same reason I told you.

11    I mean, again, they're likely to lose the weight again.

12    They're still in danger because their BMI is in the

13    obese range.

14         MR. YEE:  Doctor, you mean gain weight

15    again, not lose the weight?

16         THE WITNESS:  Sorry.  Gain the weight again,

17    and their BMI is still in a dangerous range.

53

7    Q. (BY MS. CONNORS) All right. I just wanted to go

8   back to our discussion prior to the break where you were

9   talking about it wouldn't be standardized for someone to

10   have the surgery below the 35 BMI range.

11    A. Uh-huh.

12    Q. When you said it wouldn't be standardized, I'm

13   going to clarify that. Does that mean it wouldn't be

14   consistent with the NIH standards that you previously --

15    A. No --

16    Q. -- talked about?

17    A. -- I just think that if you try to make -- oh,

18   sorry. I'll wait.

19        I think that if you try to make a rule like that,

20   some people will be hurt and some people might -- will

21   probably benefit but some people will not get what they

22   need. So, that's why I say on an individual basis it's

23   probably better to have that discussion.

24        And we tell our patients straight up. This is

25   not surgery to make your BMI be 22 and be a size 2 again

54

1   or back into your high school jeans. If that's your

2   motivation, then you shouldn't be having the surgery.

3        And I thought about this a little bit over the

4   break. Let's say someone did have some comorbidities

5   and went from 37 to 32.  If their comorbidities were all

6   gone with that, off their blood pressure medication,

7   their reflux was better, all that kind of stuff, then I

8   probably would say, "You know what, you're probably

9   better off not having the surgery because, yes, your

10   weight is still a little bit higher and you're still at

11   risk; but if you continue on this path, there certainly

12   is no urgency to have the surgery.  But also the real

13   benefit to weight loss surgery is the outcomes from your

14   comorbidities and your risks for having" -- so,

15   there's -- one, there's no rush; but, two, if all those

16   are better, then that's pretty good.

17        In fact, I tell our patients, "You may go from a

18   BMI of 44 to 32.  You're still going to be considered

19   obese.  You're still going to maybe feel obese, but you

20   may be off -- you're likely to be off your blood

21   pressure medications or diabetes, et cetera, et cetera.

22   And I call that a win because you've lost 14 points on

23   your BMI and you're off all your medications.  You're

24   still obese.  You're still at risk, but you're still

25   better than you were with a BMI of 44 or whatever, you

                    55

1   know."  So, again, an individual decision on that.

2     Q.  To be clear, in that case then if the surgery

3   were to happen still at 32 --

4    A. Uh-huh.

5    Q. -- comorbidities gone, successful weight loss

6  from the prior BMI, it would not be a surgery that would

7  have been consistent with the NIH stands and the

8  guidelines we discussed beforehand, though?

9    A. I guess it depends on when you take the

10  measurement of their BMI because, again, we're asking

11  them to lose weight and follow a lifestyle beforehand.

12  So --

13    Q. And --

14    A. -- if you take it right before the surgery, like,

15  the day of surgery, then by the letter of the law, I

16  suppose no; but the standard practice is they're in

17  evaluation for a few months.  We want them to lose

18  weight.  And so, there's going to be a certain

19  percentage of patients who are going to go below what

20  are the guidelines for weight loss surgery.

21    Q. And, again, the guidelines don't distinguish

22  between enrolling in a program at the time of surgery.

23  They talk about --

24    A. Well, that would be --

25        MR. YEE:  Objection, argumentative.

                  56

1    Q. (BY MS. CONNORS) -- the surgery itself; is that

2  correct?

3   A. Yes.

4   Q. If somebody were at that 32 range or somewhere

5   below the 35 range in the circumstances you just

6   described with no comorbidities and they elected not to

7   have the surgery after that five-month period --

8   A. Uh-huh.

9   Q. -- what would their status be with respect to

10  your program?

11   A. Well, we always encourage our patients to have

12  follow-up whether they do the surgery or not.  So, they

13  would still be in LEAN.  They would still be encouraged

14  to go to support groups.  They'd still have the

15  dietician open to them for, you know, advice.

16      Patients are going to go through what we call set

17  points and their body gets used to certain things in

18  terms of exercise and dieting and they may not lose

19  weight as they once did.

20      Again, lifelong change.  So, they would still be

21  in our, quote/unquote, "program," just maybe not on the

22  surgery end of having -- of doing that.

88

23    Q. (BY MS. CONNORS) Okay. Then to be clear, in

24    terms of the guidelines that Tripler's bariatric program

25    has, we've got Exhibit 5 which is the pathway. We've

89

1    got Exhibits 3, 4, 4-A; and those are the written

2    documents that we've been able to discern that encompass

3    the standards and the criteria that we've been

4    discussing. Is that accurate?

5    A. Yes.

6    Q. Is there anything else aside from these documents

7    that -- that you would call the guidelines or the

8    procedures or the pathways that you would follow?

9    A. No.

10    Q. Okay. And then, of course, we discussed this;

11    but there are also the NIH guidelines and the ASMBS

12    guidelines and SAGES guidelines?

13    A. Uh-huh.

14    Q. And those, you're aware of and you have access to

15    them; but to the extent that they apply in terms of

16    standards, those are incorporated in these documents?

17    A. Yeah, I mean -- and we should say that the NAH --

18    NIH, ASMBS, and SAGES are pretty much all the same

19    guidelines. The only one different in 2013 is ASMBS has

20    endorsed weight loss surgery BMI 30 to 35 with

21  comorbidities; but that hasn't been adopted by

22  everybody.

23   Q. And has Tripler adopted that as its standard?

24   A. (Witness shakes head.)

25   Q. No?

                    90

1   A. In fact, we --

2       MR. YEE: You can't shake your head, Doctor.

3   A. Sorry. No, we have not. In fact, I did talk to

4   the Hawaii Bariatric Society and the other bariatric

5   surgeons in the military, just had a little informal

6   discussion about it; and as group we all decided we

7   should not do that yet.

8   Q. (BY MS. CONNORS) Why is that?

9   A. Well, I think mostly because our patients in

10  particular, you know, they're moving around so often.

11  We don't have the greatest of follow-up with them.

12  Plus -- I should say that's probably a minor point.

13      The -- the biggest thing still is that the

14  American College of Surgeons, which is the bigger parent

15  institution, and the national institution hasn't --

16  hasn't endorsed it.

17      So, if we do it based on one society's

18  endorsement and a bad outcome happens, then I think some

19  people feel there might be a risk at liability because

20  of that so....

21    Q. Just so I'm clear, the -- when we say it's

22  riskier to do it at that level --

23    A. Well, it's riskier from a litigious point of

24  view, not riskier from a surgical point of view.

25    Q. Does -- does it also mean, though, that the risks

                91

1  don't nec -- that the benefits don't necessarily

2  outweigh the risks?  Is that the calculus that comes

3  into play there?

4    A. That's probably a bigger statement than I would

5  be, you know, qualified to answer because that's more of

6  a national statement.

7       I think the medicine, personally, of it is pretty

8  clear that it's beneficial for that BMI; but whether or

9  not everyone would agree with that from a national

10  level, again, that's probably something I would -- I

11  couldn't tell you.

12    Q. Right.  This is an electric -- elective --

13    A. Uh-huh.

14    Q. -- type of surgery?

15    A. Yes.

16    Q. All right.  So, it's something that's not

17  mandated as a course of action in -- in --

18    A. Right.

19    Q.  -- weight -- in obesity cases?

20    A.  Correct.

21    Q.  So, when you're looking at whether or not an

22  elective surgery is appropriate for a certain patient

23  under a certain situation, is it fair or accurate to say

24  that you are looking at sort of risks being outweighed

25  by benefits?

                92

1    A.  Yes.

113

2   Q. Now, just to be clear, though, it would be

3   non-standard in this case and not consistent with NIH

4   standards that we discussed if there were no

5   comorbidities and this person had fallen down to around

6   the 35 range for that surgery to take place?

7     A. I -- I don't think that's the right way to say it

8   because, again, there has to be a starting point. In

9   this case the BMI was 41 on the information session.

10     A lot of patients have issues with proper diet,

11   weight, exercise, the way to -- lifestyle issues. We

12   give them that training because we know that those

13   patients tend to be better after the weight loss

14   surgery.

15     Q. Uh-huh.

16     A. And, therefore, they drop down below 40.

17     Q. Uh-huh.

18     A. I think they're still a very good candidate for

19   the surgery -- actually probably a little bit better

20   candidate from some medical point of views; but

21   certainly the outcome -- I think they're a better

22   candidate for the surgery because they're, again, likely

23   to gain the weight back without some long-term

24   intervention.

25     And I do think that it would be more standard to

114

1   do the surgery in the community, in the societies, than

2   it would be not to offer if they dropped down below

3   that -- the 40.