# MINUTES

CASE NUMBER:        CV NO. 12-00527ACK-KSC

CASE NAME:          Christinal Mettias, etc Vs. United States of America

ATTYS FOR PLA:      Michael K. Livingston
                    Loretta Sheenan

ATTYS FOR DEFT:     Harry Yee

INTERPRETER:

JUDGE:    Alan C. Kay          REPORTER:    Cynthia Fazio

DATE:     02/19/2015           TIME:        10:04am-11:30am

COURT ACTION:       EP:    Final PreTrial Conference and Various Motions in
                           Limine

Discussion Held.

Defendant's Motion in Limine No. 1[ECF No. 132]-A Daubert Court Hearing is set for
Monday, February 23, 2015 at 10:00 a.m. before the Honorable Alan C. Kay.

Defendant's Motion in Limine No. 2 [ECF No. 133]-is hereby GRANTED.

Plaintiff's Motion in Limine No. 1 [ECF No. 136]-is hereby DENIED.

Plaintiff's Motion in Limine No. 2 [ECF No. 137]-is hereby GRANTED.

Plaintiff's Motion in Limine No. 3 [ECF No. 138]-is hereby GRANTED as Amended.

Plaintiff's Motion in Limine No. 4 [ECF No. 139]-is hereby TAKEN UNDER
ADVISEMENT.

Plaintiff's Motion in Limine No. 5 [ECF No. 140]-is hereby GRANTED.

FINAL PRETRIAL CONFERENCE-

Length of Trial-Plaintiff's -6 Days and Defendant's-3 Days.

Trial Hours-9:00 a.m.-12:00 Noon and 1:00 p.m.-4:00pm

Discussion of Trial Exhibits, Witnesses to be called, etc.

Submitted by Leslie L. Sai, Courtroom Manager